```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 23191
  ESMERALDA GOMEZ
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-6163
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/02/08 .

2. The case was converted to Chapter 7 without confirmation, 12/18/2008.

3. The Debtor paid a total of $ 1100.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | NOT FILED | .00 | .00 |
| BAXTER CREDIT UNION | SECURED VEHIC | .00 | .00 | 945.42 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| VICTORY MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 945.42 | .00 | .00 | .00 | 945.42 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 945.42 | .00 | .00 | .00 | 945.42 |

The Debtor's attorney, DAVID M SIEGEL          , was allowed $      .00 and was paid $       .00 .

The Trustee received $    52.92 .

Refunds to the Debtor totaled $   101.66 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.


Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE








                                       PAGE   2
        CASE NO. 08 B 23191 ESMERALDA GOMEZ